Argued October 9—decided October 9, 1970

RAYMOND A. PLOUFFE ET AL. *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY ET AL.

The motion by the named plaintiff and by the intervening plaintiff The Fred B. Clark Corporation for review of the trial court's refusal to rectify the appeal from the Superior Court in New London County is denied.

*John J. Mahon* and *Allyn L. Brown, Jr.,* in support of the motion.

*Joseph P. Cooney,* in opposition.

Submitted October 7—decided October 9, 1970